# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AGSPRING MISSISSIPPI REGION, LLC, *et al.*[1], <br><br> Debtors. | Chapter 11 <br><br> Case No. 21-11238 (CTG) <br><br> (Jointly Administered) |
| Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC, <br><br> Appellants, <br><br> v. <br><br> Agspring Mississippi Region, LLC, *et al.*, <br><br> Appellees. | Civil Action No. 1:22-cv-00338-RGA |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of J. E. Cullens, Jr., Esquire, and Andrée M. Cullens, Esquire of Walters, Papillion, Thomas, Cullens, LLC and Paul M. Sterbcow, Esquire of Lewis, Kullman, Sterbcow & Abramson, LLC to represent Appellants Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC, in this matter.

Dated: March 29, 2022

*/s/ Michael L. Vild*
Michael L. Vild (No. 3042)
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
mvild@crosslaw.com

*Attorney for Appellants*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
The Honorable Richard G. Andrews
United States District Court Judge

### CERTIFICATION BY J. E. CULLENS, JR.
### TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Louisiana and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 8/30/16, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 29, 2022                     */s/ J. E. Cullens, Jr.*
                                                  J. E. Cullens, Jr., Esq.
                                                  Walters, Papillion, Thomas, Cullens, LLC
                                                  12345 Perkins Road, Bldg. 1
                                                  Baton Rouge, LA 70810
                                                  (225) 236-3636
                                                  cullens@lawbr.net

### CERTIFICATION BY ANDRÉE M. CULLENS
### TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Louisiana and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/30/16, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 29, 2022                /s/ Andrée M. Cullens
                                                 Andrée M. Cullens, Esq.
                                                 Walters, Papillion, Thomas, Cullens, LLC
                                                 12345 Perkins Road, Bldg. 1
                                                 Baton Rouge, LA 70810
                                                 (225) 236-3636
                                                 acullens@lawbr.net

## CERTIFICATION BY PAUL M. STERBCOW
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Louisiana and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/30/16, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 29, 2022               */s/ Paul M. Sterbcow*
                                    Paul M. Sterbcow, Esq.
                                    LEWIS, KULLMAN, STERBCOW
                                    & ABRAMSON, LLC
                                    601 Poydras Street, Suite 2615
                                    New Orleans, LA 70130
                                    Telephone: (504) 588-1500
                                    sterbcow@lksalaw.com