# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered) |
| Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC,<br><br>Appellants,<br><br>v.<br><br>Agspring Mississippi Region, LLC, *et al.*,<br><br>Appellees. | Civil Action No. 1:22-cv-00338-UNA |

## DESIGNATION OF RECORD AND ISSUES ON APPEAL
## OF APPELLANTS LARRY TUBBS, TUBBS RICE DRYERS, INC.,
## CHIEF VENTURES, L.L.C. AND BIG RIVER GRAIN, LLC
## <u>FOR RELIEF FROM THE AUTOMATIC STAY</u>

Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC (collectively, the "Tubbs Parties"), designate the following items for inclusion in the record for the appeal of the Order (I) Extending the Debtors' Authorized Use of Cash Collateral; (II) Authorizing Payment to Term Lenders; and (III) Granting Related Relief [D.I. 290]:

| DESGINATION OF ITEMS FOR THE RECORD ON APPEAL | | | |
|---|---|---|---|
| ITEM | D.I. NO. | DATE | DESCRIPTION |
| 1 | 1 | 9/10/2021 | Chapter 11 Voluntary Petition |
| 2 | 19 | 9/15/2021 | Declaration *of Kyle Sturgeon* |
| 3 | 43 | 9/27/2021 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

| | | | |
|---|---|---|---|
| | | | Sch G, Sch H, , *Sum of Assets and Liabilities, Decl Concerning Debtors Schs of Agspring Mississippi Region, LLC* |
| 4 | 44 | 9/27/2021 | Schedules/Statements filed:, *Stmt of Financial Affairs of Agspring Mississippi Region, LLC* |
| 5 | 45 | 9/27/2021 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, *Sum of Assets and Liabilities, Decl Concerning Debtors Schs of Agspring MS 1, LLC* |
| 6 | 46 | 9/27/2021 | Schedules/Statements filed: *Stmt of Financial Affairs of Agspring MS 1, LLC* |
| 7 | 47 | 9/27/2021 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, *Sum of Assets and Liabilities, Decl Concerning Debtors Schs of Agspring MS, LLC* |
| 8 | 48 | 9/27/2021 | Schedules/Statements filed: *Stmt of Financial Affairs of Agspring MS, LLC* |
| 9 | 49 | 9/27/2021 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, *Sum of Assets and Liabilities, Decl Concerning Debtors Schs of Lake Providence Grain and Rice LLC* |
| 10 | 50 | 9/27/2021 | Schedules/Statements filed: *Stmt of Financial Affairs of Lake Providence Grain and Rice LLC* |
| 11 | 51 | 9/27/2021 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, *Sum of Assets and Liabilities, Decl Concerning Debtors Schs of Bayou Grain & Chemical Corporation* |
| 12 | 52 | 9/27/2021 | Schedules/Statements filed: *Stmt of Financial Affairs of Bayou Grain & Chemical Corporation* |
| 13 | 61 | 9/30/2021 | Motion For Sale of Property Free and Clear of Liens/*Motion of the Debtors For Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter Into an Asset Purchase Agreement With A Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling An Auction And Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving The Sale of The Debtors Big River Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* |
| 14 | 62 | 9/30/2021 | Declaration in Support /*Declaration of Teri Stratton in Support of Motion of the Debtors For Entry of Orders* |

-

| | | | |
|---|---|---|---|
| | | | (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter Into an Asset Purchase Agreement With A Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling An Auction And Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving The Sale of The Debtors Big River Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief |
| 15 | 63 | 9/30/2021 | Motion to Shorten *Notice Period with Respect to the Debtors' Motion for Entry of an Order Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets* |
| 16 | 64 | 10/1/2021 | Order Granting Motion to Shorten Notice Period with Respect to Debtors' Motion for Entry of an Order Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets |
| 17 | 81 | 10/8/2021 | Motion for Relief from Stay (FEE) *//Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Limited Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* |
| 18 | 97 | 10/14/2021 | Motion to Approve Debtor In Possession Financing Filed by Agspring Mississippi Region, LLC |
| 19 | 98 | 10/14/2021 | Declaration in Support */Declaration of Kyle Sturgeon in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Back-Up Postpetition Financing to the Extent Necessary; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Liens and Providing Super-Priority Administrative Expense Status; (IV) Granting Adequate Protection; (V) Modifying The Automatic Stay; and (VI) Granting Related Relief* |
| 20 | 103 | 8/24/2018 | Order (A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter Into an Asset Purchase Agreement With A Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling An Auction And Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof |

| | | | |
|---|---|---|---|
| 21 | 107 | 10/14/2021 | Notice of Hearing *on Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Back-Up Postpetition Financing to the Extent Necessary; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Liens and Providing Super-Priority Administrative Expense Status; (IV) Granting Adequate Protection; (V) Modifying The Automatic Stay; and (VI) Granting Related Relief* |
| 22 | 113 | 10/15/2021 | Notice of Sale of Property Free and Clear of Liens - 363(f) FRBP 6004 */Notice of Sale, Bidding Procedures, Auction and Sale Hearing* |
| 23 | 135 | 10/27/2021 | [SEALED] Limited Objection *of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to the Sale Order, the Sale Transaction, and the Proposed Cure Amounts for Assumption and Sale* |
| 24 | 136 | 10/27/2021 | Objection // *Debtors' Opposition to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, LLC and Big River Grain, LLC for Limited Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* |
| 25 | 138 | 10/27/2021 | Objection *of LVS II SPE XVIII LLC and HVS V LLC to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Limited Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* |
| 26 | 141 | 10/29/2021 | Motion for Leave *(Motion of LVS II SPE XVIII LLC and HVS V LLC for Leave to File and Serve Late Reply to "Limited Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to the Sale Order, the Sale Transaction, and the Proposed Cure Amounts for Assumption and Sale"* |
| 27 | 142 | 10/29/2021 | Motion to File Under Seal//*Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to File Under Seal Certain Exhibits to Their Limited Objection to the Sale Order, the Sale Transaction, and the Proposed Cure Amounts for Assumption and Sale* |
| 28 | 143 | 10/29/2021 | Notice of Filing of Proposed Redacted Version of Document //*Notice of Filing of Proposed Redacted Version of Limited Objection to the Sale Order, the Sale Transaction, and the Proposed Cure Amounts for Assumption and Sale* |
| 29 | 144 | 10/29/2021 | Motion for Leave //*Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River* |

4

| | | | |
|---|---|---|---|
| | | | *Grain, LLC for Leave to File Late Reply to (I) Debtors' Opposition to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, LLC and Big River Grain, LLC for Limited Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and (II) Objection of LVS II SPE XVIII LLC and HVS V LLC to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Limited Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* |
| 30 | 145 | 10/29/2021 | Order Granting Leave to File and Serve A Late Reply to "Limited Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to the Sale Order, the Sale Transaction, and the Proposed Cure Amounts for Assumption and Sale" |
| 31 | 146 | 10/29/2021 | Motion for Leave *to File Late Reply in Support of Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter Into an Asset Purchase Agreement with a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River" Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* |
| 32 | 156 | 11/1/2021 | Order Granting Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Leave to File Late Replies in support of Limited Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code |
| 33 | 157 | 11/1/2021 | Reply *(Statement of Secured Lenders LVS II SPE XVIII LLC and HVS V LLC in Support of Debtors' Sale Transaction and in Reply to Limited Objection of Tubbs Parties)* |
| 34 | 158 | 11/1/2021 | Order Granting Debtors' Motion for Leave to File Late Reply in Support of Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter into an Asset Purchase Agreement with a Stalking Horse Bidder and |

| | | | |
|---|---|---|---|
| | | | to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River" Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief |
| 35 | 159 | 11/1/2021 | Omnibus Reply *of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to (I) Debtors' Opposition to Motion for Limited Relief from the Automatic Stay and (II) Objection of LVS II SPE XVIII LLC and HVS V LLC to Motion for Limited Relief from the Automatic Stay* |
| 36 | 160 | 11/1/2021 | Reply *// Debtors' Reply to Limited Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to the Sale Order, the Sale Transaction, and the Proposed Cure Amounts for Assumption and Sale* |
| 37 | 162 | 11/2/2021 | Declaration *of Adam Johnson in Support of Entry of Order (A) Approving the Purchase Agreement; (B) Authorizing the Sale of Debtors' "Big River" Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief* |
| 38 | 168 | 11/2/2021 | Supplemental Declaration in Support *Supplemental Declaration of Teri Stratton in Support of Sale Motion* |
| 39 | 169 | 11/2/2021 | Amended Notice of Agenda of Matters Scheduled for Hearing Filed by Agspring Mississippi Region, LLC. Hearing scheduled for 11/3/2021 at 10:00 AM at US Bankruptcy Court, 824 Market St., 3rd Fl., Courtroom #7, Wilmington, Delaware |
| 40 | 173 | 11/3/2021 | Exhibit(s) *//Notice of Filing of Unredacted Version of Limited Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to the Sale Order, the Sale Transaction, and the Proposed Cure Amounts for Assumption and Sale* |
| 41 | 174 | 11/4/2021 | Final Order (I) Authorizing the Debtors to Obtain Back-up Postpetition Financing to the Extent Necessary; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Liens and Providing Super- |

| | | | Priority Administrative Expense Status; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VI) Granting Related Relief |
|---|---|---|---|
| 42 | 175 | 11/4/2021 | Certification of Counsel *Requesting Entry of Order Denying Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Limited Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* |
| 43 | 176 | 11/4/2021 | Certification of Counsel *Regarding Motion of the Debtors for Entry of Order (A) Approving the Sale of the Debtors' "Big River" Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* |
| 44 | 178 | 11/4/2021 | Order Denying the Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Limited Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code |
| 45 | 179 | 11/4/2021 | Order (A) Approving the Purchase Agreement; (B) Authorizing the Sale of the Debtors' Debtors' "Big River" Assets Free and Clear of Liens, Claims, and Encumbrances and Interests; (C) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (D) Granting Related Relief |
| 46 | 180 | 11/5/2021 | Transcript regarding Hearing Held 11/3/2021 RE: Omnibus Hearing |
| 47 | 206 | 12/16/2021 | Notice of Assumption of Lease/Executory Contract */Notice of Sale Closing and Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases* |
| 48 | 207 | 12/17/2021 | Certificate of Service *re Notice of Sale Closing and Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases* |
| 49 | 244 | 2/11/2022 | Motion to Extend */Motion for Entry of an Order (I) Extending Debtors' Authorized Use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders and (III) Granting Related Relief* |
| 50 | 248 | 2/18/2022 | Objection *of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to Debtors' Motion for Entry of an Order (I) Extending Debtors' Authorized Use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders; and (III) Granting Related Relief* |

| 51 | 252 | 2/22/2022 | Reply // *Debtors' Reply to Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to Debtors' Motion for Entry of an Order (I) Extending Debtors' Authorized Use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders; and (III) Granting Related Relief* |
|---|---|---|---|
| 52 | 253 | 2/22/2022 | Lenders' (I) Statement in Support of Debtors' Cash Collateral Extension and Adequate Protection Motion, and (II) Reply in Opposition to Tubbs Parties' Objection |
| 53 | 254 | 2/23/2022 | Notice of Agenda of Matters Scheduled for Hearing |
| 54 | 260 | 2/24/2022 | Affidavit/Declaration of Service *of Kristen Hambleton of Parcels, Inc. Regarding "Lenders' (I) Statement in Support of Debtors' Cash Collateral Extension and Adequate Protection Motion, and (II) Reply in Opposition to Tubbs Parties' Objection"* |
| 55 | 261 | 2/24/2022 | Certificate of Service *(re: Lenders' (I) Statement in Support of Debtors' Cash Collateral Extension and Adequate Protection Motion, and (II) Reply in Opposition to Tubbs Parties' Objection)* |
| 56 | 266 | 2/28/2022 | Observations Re: Cash Collateral and Adequate Protection Motion |
| 57 | 267 | 2/28/2022 | Transcript regarding Hearing Held 2/25/2022 RE: (i) Motion Extending Debtors Authorized Use of Cash Collateral and (ii) Interim Fee Applications of Certain Estate Professionals. |
| 58 | 271 | 2/28/2022 | Notice of Agenda of Matters Scheduled for Hearing Filed by Agspring Mississippi Region, LLC |
| 59 | 274 | 3/1/2022 | Notice of Service *Witness and Exhibit List for Hearing on Debtors' Motion for Entry of an Order (I) Extending Debtors' Authorized Use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders and (III) Granting Related Relief* |
| 60 | 275 | 3/1/2022 | Amended Notice of Agenda of Matters Scheduled for Hearing |
| 61 | 276 | 3/1/2022 | Notice of Service *Amended Witness and Exhibit List for Hearing on Debtors' Motion for Entry of an Order (I) Extending Debtors' Authorized Use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders and (III) Granting Related Relief* |
| 62 | 277 | 3/1/2022 | Notice of Service *//Notice of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. And Big River Grain, LLCS Witness List and Exhibit List in Connection with Hearing on Debtors Motion for Entry* |

8

| | | | |
|---|---|---|---|
| | | | *of An Order (I) extending debtors authorized use of cash collateral; (II) Granting Additional Adequate Protection to Term Lenders; And (III) Granting Related Relief* |
| 63 | 278 | 3/1/2022 | Second Notice of Agenda of Matters Scheduled for Hearing |
| 64 | 279 | 3/1/2022 | Third Notice of Agenda of Matters Scheduled for Hearing |
| 65 | 280 | 3/1/2022 | Exhibit(s) *Second Amended Witness and Exhibit List for Hearing on Cash Collateral Motion* |
| 66 | 281 | 3/1/2022 | Amended Notice of Agenda of Matters Scheduled for Hearing |
| 67 | 282 | 3/2/2022 | Certificate of Service |
| 68 | 283 | 3/2/2022 | Hearing Held 3/2/2022 @ 11:00 a.m. Court Sign-In Sheet |
| 69 | 284 | 3/3/2022 | Letter *to The Honorable Craig T. Goldblatt from Christopher P. Simon, Esquire Regarding Motion for Entry of an Order (I) Extending Debtors' Authorized Use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders and (III) Granting Related Relief* |
| 70 | 285 | 3/3/2022 | Transcript regarding Hearing Held 3/2/2022 RE: Motion for Entry of an Order (I) Extending Debtors' Authorized Use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders; and (III) Granting Related Relief |
| 71 | 290 | 3/10/2022 | Order (I) Extending the Debtors' Authorized Use of Cash Collateral; (II) Authorizing Payment to Term Lenders; And (III) Granting Related Relief |
| 72 | 291 | 3/11/2022 | Certificate of Service *Regarding [Signed] Order (I) Extending the Debtors' Authorized Use of Cash Collateral; (II) Authorizing Payment to Term Lenders; and (III) Granting Related Relief* |
| 73 | 301 | 3/16/2022 | Notice of Appeal |

## STATEMENT OF ISSUES ON APPEAL

1.　Whether the Bankruptcy Court erred in granting the Debtors' Motion Extending Debtors' Authorized Use of Cash Collateral, Granting Additional Protection and Related Relief [D.I. 244] ("Motion") and authorizing the Debtors to pay the prepetition lenders $8,870,281.20 without first finding that the prepetition lenders were in need of adequate protection.

9

2. Whether the Bankruptcy Court erred in granting the Motion and authorizing the distribution of $8,870,281.20 in proceeds of a sale of assets pursuant to Section 363 to lenders as the payment of the proceeds of the sale of collateral, which proceeds are not necessary to an effective reorganization within the meaning of section 362(d)(2) of the Bankruptcy Code.

3. Whether the state court litigation filed in 2019 by the Appellant against Agspring Mississippi Region and Lake Providence Grain and Rice, LLC, Debtors herein, and PIMCO, the lender's apparent agent who claimed to be the lender, asserting that loans made to a non-debtor third party by the lenders was not a loan but an equity investment, and which was stayed upon the filing of the bankruptcy case by Section 362, qualified as an objection or challenge to the liens and claims of Prepetition Secured Parties such that the Debtors' stipulations as to the amounts due and the lien rights of lender are not binding.

## CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, Appellants hereby file this certificate stating that Appellants are not ordering any transcripts.

Dated: March 30, 2022

CROSS & SIMON, LLC

 /s/ Michael L. Vild
Christopher P. Simon (No. 3697)
Michael L. Vild (No. 3042)
1105 N. Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
csimon@crosslaw.com
mvild@crosslaw.com

- and -

J. E. Cullens, Jr., Esquire
Andrée M. Cullens, Esquire
WALTERS, PAPILLION, THOMAS, CULLENS, LLC

        12345 Perkins Road, Bldg. 1
        Baton Rouge, LA 70810
        Telephone: (225) 236-3636
        cullens@lawbr.net
        acullens@lawbr.net

        - and -

        Paul M. Sterbcow, Esquire
        LEWIS, KULLMAN, STERBCOW &
            ABRAMSON, LLC
        601 Poydras Street, Suite 2615
        New Orleans, LA 70130
        Telephone: (504) 588-1500
        sterbcow@lksalaw.com

*Co-Counsel for Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC*