# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Agspring Mississippi Region, LLC, *et al.,* | : | Case No. 21-11238 (CTG) |
| Debtors.[1] | : | Jointly Administered |
| Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C., and Big River Grain, LLC | : | |
| Appellants, | : | Civil Action No. 22-00338 (RGA) |
| vs. | : | |
| Agspring Mississippi Region, LLC, *et al.*, | : | |
| Appellees. | : | |

### ORDER GRANTING UNOPPOSED MOTION OF LVS II SPE XVIII LLC AND HVS V LLC FOR LEAVE TO INTERVENE AS AN APPELLEE PURSUANT TO RULE 8013(g) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

On April 13, 2022, LVS II SPE XVIII LLC ("LVS") and HVS V LLC ("HVS" and together with LVS, the "Secured Lenders") filed an unopposed motion to intervene in the above-captioned appeal (the "Appeal") pursuant to rule 8013(g) of the Federal Rules of Bankruptcy Procedure ("Motion").

The Court, having considered the Motion, and it appearing that the Secured Lenders are entitled to intervene in the Appeal pursuant to rule 8013(g) of the Federal Rules of

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, as applicable, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The mailing address for each of the Debtors is 5101 College Boulevard, Leawood, KS 66211.

RLF1 27137848v.1

Bankruptcy Procedure, and it further appearing that no other party to the Appeal objects to the Secured Lenders' intervention, and that therefore good cause exists for granting the Motion, accordingly,

IT IS HEREBY ORDERED THAT:

    1.    The Motion is granted and the Secured Lenders shall be party to the Appeal as an intervenor, and shall be entitled to all rights of the other parties to the Appeal in all respects, including but not limited to briefing, motion practice, appearances, and the right to take an appeal from any action of this Court.

Dated: __April 13__, 2022
        Wilmington, Delaware

          /s/ Richard G. Andrews
          THE HONORABLE RICHARD G. ANDREWS
          UNITED STATES DISTRICT COURT JUDGE