IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered) |
| Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC,<br><br>Appellants,<br><br>v.<br><br>Agspring Mississippi Region, LLC, *et al.*,<br><br>Appellees. | Civil Action No. 1:22-cv-00338-RGA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the *Order Granting Debtors' Motion for Approval of Global Settlement and Resolution by and Between the Agspring Parties and the Tubbs Parties Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code Sections 363 and 105(a)* entered on May 10, 2022 in the bankruptcy case pending before The Honorable Craig T. Goldblatt in the Bankruptcy Court for the District of Delaware captioned In re Agspring Mississippi Region, LLC, *et al.*, Bankr. D. Del. Case No. 21-11238 (CTG) [D.I. 385], it is hereby stipulated and agreed, that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

1

Dated: May 16, 2022

| | |
|---|---|
| CROSS & SIMON, LLC | PACHULSKI STANG ZIEHL & JONES LLP |
| */s/ Christopher P. Simon* | */s/ Mary F. Caloway* |
| Michael L. Vild (No. 3042) | Laura Davis Jones (No. 2436) |
| Christopher P. Simon (No. 3697) | Timothy P. Cairns (No. 4228) |
| 1105 North Market Street, Suite 901 | Mary F. Caloway (No. 3059) |
| Wilmington, Delaware 19801-1380 | 919 N. Market Street, 17th Floor |
| 302-777-4200 | Wilmington, DE 19801 |
| mvild@crosslaw.com | Telephone: (302) 652-4100 |
| csimon@crosslaw.com | ljones@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | mcaloway@pszjlaw.com |
| - and - | |
| | - and - |
| J. E. Cullens, Jr., Esq. | |
| Andrée M. Cullens, Esq. | DENTONS US LLP |
| WALTERS, PAPILLION, THOMAS, CULLENS, LLC | Samuel R. Maizel, Esq. |
| 12345 Perkins Road, Bldg. 1 | Tania M. Moyron, Esq. |
| Baton Rouge, LA 70810 | 601 S. Figueroa Street, #2500 |
| Telephone: (225) 236-3636 | Los Angeles, CA 90017 |
| cullens@lawbr.net | Telephone: (213) 623-9300 |
| acullens@lawbr.net | samuel.maizel@dentons.com |
| | tania.moyron@dentons.com |
| - and - | |
| | - and - |
| Paul M. Sterbcow, Esq. | |
| LEWIS, KULLMAN, STERBCOW & ABRAMSON, LLC | DENTONS US LLP |
| 601 Poydras Street, Suite 2615 | David F. Cook, Esq. |
| New Orleans, LA 70130 | 1900 K Street, NW |
| Telephone: (504) 588-1500 | Washington, DC 20006 |
| sterbcow@lksalaw.com | Telephone: (202) 496-7500 |
| | david.f.cook@dentons.com |
| *Counsel for Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC* | *Counsel for Debtors and Debtors in Possession* |

2

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jason M. Madron*
Michael J. Merchant (No. 3854)
Jason M. Madron (No. 4431)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
merchant@rlf.com
madron@rlf.com

-and -

MOORE & VAN ALLEN PLLC
Zachary H. Smith, Esq.
Gabriel Mathless, Esq.
Stephen E. Gruendel, Esq.
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
zacharysmith@mvalaw.com
gabrielmathless@mvalaw.com
stevegruendel@mvalaw.com

*Counsel for LVS II SPE XVIII LLC and HVS V LLC*